FormCACB (hrgreaf − van190 12/09)

# United States Bankruptcy Court
# Central District Of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
Fernando Herrera Becerra
aka Frank Herrera Becerra
**SSN:** xxx−xx−8898
**EIN:** N/A

31566 Railroad Canyon Rd
Ste 2 #724
Sun City, CA 92587

**BANKRUPTCY NO.** 6:10−bk−41850−EC
**CHAPTER** 7

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above−named Debtor(s) and creditor American Honda Finance Corp was filed in the above case on 11/9/10 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

| | |
|---|---|
| **Date:** | **January 14, 2011** |
| **Time:** | **01:30 PM** |
| **Location:** | **3420 Twelfth St., Crtrm 225, Riverside, CA 92501** |

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

Dated: November 17, 2010

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court